### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MELISSA KEISTER,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CASE NO.**  2:20-cv-1618 |
| | : | |
| **PORTFOLIO RECOVERY** | : | |
| **ASSOCIATES, LLC,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

### NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that on this date, Defendant Portfolio Recovery Associates, LLC hereby removes the above-captioned matter to this Court from the Court of Common Pleas of Allegheny County, Pennsylvania and in support thereof avers as follows:

1.      Portfolio Recovery Associates, LLC. is a defendant in a civil action originally filed on June 18, 2020 in the Court of Common Pleas of Allegheny County, Pennsylvania titled *Melissa Keister v. Portfolio Recovery Associates, LLC* and docketed to Case No. GD-20-006939.

2.      The removal is timely under 28 U.S.C. § 1446(b).  PRA received service of Plaintiff's Complaint by certified mail on October 8, 2020.

3.      Pursuant to 28 U.S.C. § 1446, attached here as Exhibit A are copies of all process, pleadings, and orders filed in the state court action.

4.      The District Court[1] has original jurisdiction over this action pursuant to 28 U.S.C.

§ 1331, in that Plaintiff has filed claims against PRA alleging violations of the Fair Debt Collection

Practices Act, 15 U.S.C. § 1692, et seq.

5.      On this date, PRA has provided notice of this Removal to counsel for Plaintiff and

to the Court of Common Pleas of Allegheny County, Pennsylvania.

WHEREFORE, Defendant Portfolio Recovery Associates, LLC respectfully removes this

case to the United States District Court for the Western District of Pennsylvania.

*Respectfully submitted,*

**MESSER STRICKLER, LTD.**

By:      */s/ Lauren M. Burnette*
         LAUREN M. BURNETTE, ESQUIRE
         PA Bar No. 92412
         12276 San Jose Blvd.
         Suite 718
         Jacksonville, FL 32223
         (904) 527-1172
         (904) 683-7353 (fax)
         lburnette@messerstrickler.com
         *Counsel for Defendant*

Dated: October 26, 2020

---

[1] Plaintiff commenced this claim in Allegheny County, Pennsylvania notwithstanding the fact that her alleged causes of action arose in Union County, Pennsylvania which lies within jurisdiction of the U.S. District Court for the Middle District of Pennsylvania. *See* Plaintiff's Complaint, ¶ 1.

## CERTIFICATE OF SERVICE

I certify that on October 26, 2020, a true copy of the foregoing document was served

as follows:

*Via Email and US Mail Postage Prepaid*
Joshua P. Ward
Kyle Steenland
The Law Firm of Fenters Ward
The Rubicon Building
201 South Highland Avenue
Suite 201
Pittsburgh, PA 15206
JWard@FentersWard.com
KSteenland@FentersWard.com
*Counsel for Plaintiff*

*Via Electronic Filing*
Court of Common Pleas
Allegheny County
414 Grant St.
Pittsburgh, PA 15219

**MESSER STRICKLER, LTD.**

By:     */s/ Lauren M. Burnette*
        LAUREN M. BURNETTE, ESQUIRE
        PA Bar No. 92412
        12276 San Jose Blvd.
        Suite 718
        Jacksonville, FL 32223
        (904) 527-1172
        (904) 683-7353 (fax)
        lburnette@messerstrickler.com
        *Counsel for Defendant*

Dated: October 26, 2020